UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00168

**Randal W. Wright,**
*Plaintiff,*

v.

**TDCJ Telford Unit Guards et al.,**
*Defendants.*

### ORDER

Plaintiff Randal W. Wright, an inmate proceeding pro se, filed a civil rights lawsuit under 42 U.S.C. § 1983 without paying the filing fee. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On June 28, 2023, the court granted the plaintiff's motion to proceed as a pauper and ordered him to pay an initial partial filing fee of $27, as required by the Prison Litigation Reform Act, within thirty days of receipt of the order. Doc. 12. The plaintiff has not complied with that order or moved for additional time to do so. On August 17, 2023, the magistrate judge issued a report recommending that this case be dismissed without prejudice due to the plaintiff's failure to pay the required initial fee and to comply with the court's order. Doc. 13. A copy of the report was mailed to the plaintiff, who did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on October 13, 2023.*

_____
J. CAMPBELL BARKER
United States District Judge